IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| McAFEE ENTERPRISES, INC.<br><br>                  Plaintiff,<br>vs.<br><br>CHERUB TECHNOLOGY INC.<br><br>                  Defendant. | **Case No.: 15-cv-10403**<br><br>**Judge Matthew F. Kennelly** |

**STIPULATED DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff McAfee Enterprises, Inc. and Defendant Cherub Technology Inc. hereby stipulate to the dismissal of this action, in its entirety, with prejudice, with each party to bear its own costs and fees.

Dated: May 24, 2016                  Respectfully submitted,

                                              /s/ Anthony E. Dowell
                                             Anthony E. Dowell
                                             DOWELL IP
                                             333 W. North Ave #341
                                             Chicago, Illinois 60610
                                             Phone: (312) 291-8351

                                             **ATTORNEY FOR PLAINTIFF**
                                             **McAFEE ENTERPRISES, INC.**

/s/ Sherry X. Wu
Sherry X. Wu
ANOVA LAW GROUP, PLLC
21351 Gentry Drive, Suite 150
Sterling, Virginia 20166
Phone: (571)379-9468

**ATTORNEY FOR DEFENDANT**
**CHERUB TECHNOLOGY INC.**